UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

BARBARA HUNT,

      Plaintiff,

v.

ETHICON INC.,
JOHNSON & JOHNSON,

      Defendants.

Case No. 2:20-cv-470-FtM-66NPM

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST FOR STAY**

COME NOW Plaintiff Barbara Hunt and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, the "Parties") and submit this joint notice of settlement in principle and request for stay and would respectfully show as follows:

The Parties have agreed to a settlement in principle of all claims in this case. Accordingly, the Parties respectfully request that the Court stay all remaining pretrial deadlines and pending Orders and the trial of this matter, set for February 2022, for ninety (90) days to permit time to finalize all settlement documents and releases, fund the settlement, and file necessary dismissal papers.

Respectfully submitted this July 19, 2021.

1

| | |
|---|---|
| /s/ Brandon D. Henry | /s/ Andrew R. Kruppa |
| Brandon D. Henry | Andrew R. Kruppa |
| (*Admitted Pro Hac Vice*) | Florida Bar No. 63958 |
| Missouri Bar No. 56289 | andrew.kruppa@squirepb.com |
| bhenry@wcllp.com | Amanda E. Preston |
| WAGSTAFF & CARTMELL LLP | Florida Bar No. 123652 |
| 4740 Grand Avenue, Ste. 300 | amanda.preston@squirepb.com |
| Kansas City, MO 64112 | SQUIRE PATTON BOGGS (US) |
| Telephone: (816) 701-1100 | 200 S. Biscayne Blvd., Suite 4700 |
| Facsimile: (816) 531-2372 | Miami, Florida  33131 |
| | |
| ***Counsel for Plaintiff*** | ***Counsel for Defendants*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2021, I electronically filed the foregoing document on the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

*/s/ Brandon D. Henry*
Brandon D. Henry
Attorney for Plaintiff
