UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA HUNT,

    Plaintiff,

v.                                              Case No. 2:20-cv-470-JLB-NPM

ETHICON INC., and JOHNSON &
JOHNSON,

    Defendants.

## **ORDER**

The parties have settled.  (Doc. 125.)  Pursuant to Local Rule 3.09(b), the Clerk is **DIRECTED** to terminate any pending motions and deadlines and administratively close the file.  Within sixty days of this order, the parties must file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings.  Failure to comply with this order may result in the entry of an order to show cause pursuant to Local Rule 3.10.

**ORDERED** in Fort Myers, Florida, on July 20, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE